TAGGART ET AL. *v.* THE STATE, EX REL. WASHINGTON
TOWNSHIP.

From the Brown Circuit Court.

*F. T. Hord,* for appellants.

PETTIT, J.—This case is, in all legal respects, the same as
*Taggart* v. *The State, ex rel. Jackson Township, ante,* p.
42; and, on the authority of that case, this must be reversed;
but I do not concur in that opinion so far as it holds that

the township is not the proper relator, but that the auditor of the county must be the relator. The township was the party interested. 2 G. & H. 41, sec. 7.

The judgment is reversed, at the costs of the relator.